**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TOMMY HOLT**                                                                                    **PLAINTIFF**
**#095687**

**v.**                              **Case No.: 4:22-cv-00062-LPR-JTK**

**RODNEY WRIGHT, et al.**                                                        **DEFENDANTS**

### JUDGMENT

Pursuant to the Order dated April 18, 2022 (Doc. 10), it is considered, ordered, and adjudged that plaintiff Tommy Holt's Complaint is dismissed without prejudice for failure to prosecute.[1]  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 31st day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1]  Plaintiff has violated Local Rule 5.5 by (1) failing to update his address, and (2) failing to respond to an Order directing him to update his address.